# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                  CASE NO.  3:03cr127LAC

MICHAEL V. NEWELL

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   March 5, 2008

Motion/Pleadings:  MOTION AND QUESTIONNAIRE FOR REDUCTION OF SENTENCE PURSUANT TO  TITLE 18 U.S.C. § 3582(c)(2)

Filed by DEFENDANT PRO SE    on 2/29/08    Doc.# 480

RESPONSES:

                                                on                   Doc.#

                                                on                   Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                       Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of March, 2008, that:*

*(a) The relief requested is* **DENIED.  MOOT.**

*(b)* Sentence has been reduced (doc. 477).

                                              *s/L.A. Collier*

                                             *LACEY A. COLLIER*
                        *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.